UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARLSON, CURT R | § | Case No. 09-70127 |
| CARLSON, DIANE E | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/08/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____     By: /s/STEPHEN G. BALSLEY
                                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                   Date Rcvd: Aug 19, 2010
Case: 09-70127                Form ID: pdf006            Total Noticed: 17

The following entities were noticed by first class mail on Aug 21, 2010.
db/jdb        +Curt R Carlson,   Diane E Carlson,   6965 Ralph Rd,   Rockford, IL 61109-4819
aty           +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
                Rockford, IL 61108-2582
tr            +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
13053346       Associated Bank,   PO Box 19006,   Green Bay, WI 54307-9006
13053347       Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
13053348      +Capital One Bank,   % TSYS Debt Management,   PO Box 5155,   Norcross, GA 30091-5155
14892725       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13053349       Chase Bank USA,NA,   PO Box 15298,   Wilmington, DE 19850-5298
13053350       Citi Cards,   PO Box 6000,   The Lakes, NV 89163-6000
13498820      +Fifth Third Bank,   POB 3789,   Evansville, IN 47736-3789
13053351      +Heritage Credit Union,   1212 Huxley St,   Madison, WI 53704-4295
13053352       Heritage Credit Union Card Center,   PO Box 3038,   Evansville, IN 47730-3038
13053353      +OSF St. Anthony Medical Center,   5666 E. State Street,   Rockford, IL 61108-2472
14981609      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
13053354       Sears Gold Mastercard,   PO Box 6282,   Sioux Falls, SD 57117-6282
15127124      +St Anthony Medical Center,   5510 E STate,   Rockford, Il 61108-2381

The following entities were noticed by electronic transmission on Aug 19, 2010.
15203818       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2010 00:23:57
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**            **Signature:** *Joseph Speetjens*