# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CARLSON, CURT R  § Case No. 09-70127
       CARLSON, DIANE E  §
                        §
Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $297,063.49 *(without deducting any secured claims)* | Assets Exempt: $95,474.00 |
| Total Distribution to Claimants: $61,594.54 | Claims Discharged Without Payment: $2,332.18 |
| Total Expenses of Administration: $91,379.31 | |

3) Total gross receipts of $ 167,973.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $152,973.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $64,048.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 91,119.31 | 91,379.31 | 91,379.31 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,473.74 | 69,853.12 | 63,349.79 | 61,594.54 |
| **TOTAL DISBURSEMENTS** | $126,521.74 | $160,972.43 | $154,729.10 | $152,973.85 |

    4) This case was originally filed under Chapter 7 on January 16, 2009. The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2011          By: /s/STEPHEN G. BALSLEY
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action Lawsuit | 1129-000 | 167,965.77 |
| Interest Income | 1270-000 | 8.08 |
| **TOTAL GROSS RECEIPTS** | | **$167,973.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Curt R. Carlson | Payment of Debtor's Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Associated Bank | 4110-000 | 48,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Credit Union | 4110-000 | 16,048.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$64,048.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 10,898.29 | 10,898.29 | 10,898.29 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,618.00 | 2,618.00 | 2,618.00 |
| U.S. Bankruptcy Court | 3120-000 | N/A | 0.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| Girardi & Keese | 3220-610 | N/A | 5,542.87 | 5,542.87 | 5,542.87 |
| Girardi & Keese | 3220-610 | N/A | 3,359.32 | 3,359.32 | 3,359.32 |
| Girardi & Keese | 3210-600 | N/A | 57,108.35 | 57,108.35 | 57,108.35 |
| Girardi & Keese | 3220-610 | N/A | 10,077.95 | 10,077.95 | 10,077.95 |
| Girardi & Keese | 3220-610 | N/A | 564.53 | 564.53 | 564.53 |
| Girardi & Keese | 3210-600 | N/A | 950.00 | 950.00 | 950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 91,119.31 | 91,379.31 | 91,379.31 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | N/A | 6,344.29 | 6,344.29 | 6,168.52 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,208.57 | 3,259.79 | 3,259.79 | 3,169.47 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 13,453.56 | 13,826.13 | 13,826.13 | 13,443.04 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 23,001.42 | 23,650.98 | 23,650.98 | 22,995.67 |
| 5 | St Anthony Medical Center | 7100-000 | 300.00 | 200.00 | 200.00 | 194.46 |
| 6 | Heritage Credit Union Card Center | 7100-000 | 6,238.89 | 6,503.33 | 0.00 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | 15,694.37 | 16,068.60 | 16,068.60 | 15,623.38 |
| NOTFILED | Capital One Bank % TSYS Debt Management | 7100-000 | 576.93 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | 62,473.74 | 69,853.12 | 63,349.79 | 61,594.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-70127  
**Case Name:** CARLSON, CURT R  
CARLSON, DIANE E  
**Period Ending:** 06/24/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/16/09 (f)  
**§341(a) Meeting Date:** 02/12/09  
**Claims Bar Date:** 03/12/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 6965 Ralph Rd, Rockford | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Holcomb State Bank - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Associated Bank - savings | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Holcomb State Bank - savings | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Heritage CU - savings | 65.00 | 0.00 | DA | 0.00 | FA |
| 6 | Normal complement of household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Normal complement of clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding rings and misc jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | American Family - term life insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 10 | Allstate Life Insurance Company - 401(K) rollove | 40,533.00 | 0.00 | DA | 0.00 | FA |
| 11 | Possible 2009 income tax refunds | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1998 Dodge Truck | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1997 Buick LaSabre | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1 dog | 25.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1989 Estate Camper Trailer (debtor is on title w | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 30 | Class Action Lawsuit | 156,589.49 | 152,965.77 | DA | 167,965.77 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 8.08 | FA |
| 17 | Assets    Totals (Excluding unknown values) | **$297,063.49** | **$152,965.77** | | **$167,973.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 1, 2010        **Current Projected Date Of Final Report (TFR):**    July 21, 2010  (Actual)

Case 09-70127    Doc 47    Filed 06/29/11    Entered 06/29/11 15:02:08    Desc Main
Document      Page 7 of 10

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 09-70127  
**Case Name:** CARLSON, CURT R  
CARLSON, DIANE E  
**Taxpayer ID #:** **-***1532  
**Period Ending:** 06/24/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-66 - Checking Account  
**Blanket Bond:** $373,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/10 | | From Account #9200******8965 | Transfer to Closed Money Market Account | 9999-000 | 75,370.83 | | 75,370.83 |
| 09/08/10 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 260.00 | 75,110.83 |
| 09/08/10 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,618.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,618.00 | 72,492.83 |
| 09/08/10 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $10,898.29, Trustee Compensation;  Reference: | 2100-000 | | 10,898.29 | 61,594.54 |
| 09/08/10 | 104 | Fifth Third Bank | Dividend paid  88.17% on $6,344.29; Claim# 1; Filed: $6,344.29; Reference: | 7100-000 | | 5,594.22 | 56,000.32 |
| 09/08/10 | 105 | Chase Bank USA, N.A. | Dividend paid  88.17% on $3,259.79; Claim# 2; Filed: $3,259.79; Reference: | 7100-000 | | 2,874.39 | 53,125.93 |
| 09/08/10 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid  88.17% on $13,826.13; Claim# 3; Filed: $13,826.13; Reference: | 7100-000 | | 12,191.50 | 40,934.43 |
| 09/08/10 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid  88.17% on $23,650.98; Claim# 4; Filed: $23,650.98; Reference: | 7100-000 | | 20,854.78 | 20,079.65 |
| 09/08/10 | 108 | St Anthony Medical Center | Dividend paid  88.17% on $200.00; Claim# 5; Filed: $200.00; Reference: | 7100-000 | | 176.35 | 19,903.30 |
| 09/08/10 | 109 | Heritage Credit Union Card Center | Dividend paid  88.17% on $6,503.33; Claim# 6; Filed: $6,503.33; Reference: | 7100-000 | | 5,734.46 | 14,168.84 |
| 09/08/10 | 110 | Fia Card Services, NA/Bank of America | Dividend paid  88.17% on $16,068.60; Claim# 7; Filed: $16,068.60; Reference: | 7100-000 | | 14,168.84 | 0.00 |
| 01/31/11 | | Fifth Third Bank | Refund - duplicate payment re: Claim No. 1 & 6 | 7100-000 | | -5,594.22 | 5,594.22 |
| 03/08/11 | 111 | Fifth Third Bank | Dividend paid  97.22% on $6,344.29; Claim# 1; Filed: $6,344.29; Reference: | 7100-000 | | 434.06 | 5,160.16 |
| 03/08/11 | 112 | Chase Bank USA, N.A. | Dividend paid  97.22% on $3,259.79; Claim# 2; Filed: $3,259.79; Reference: | 7100-000 | | 295.08 | 4,865.08 |
| 03/08/11 | 113 | PYOD LLC its successors and assigns as assignee of | Dividend paid  97.22% on $13,826.13; Claim# 3; Filed: $13,826.13; Reference: | 7100-000 | | 1,251.54 | 3,613.54 |
| 03/08/11 | 114 | PYOD LLC its successors and assigns as assignee of | Dividend paid  97.22% on $23,650.98; Claim# 4; Filed: $23,650.98; Reference: | 7100-000 | | 2,140.89 | 1,472.65 |
| 03/08/11 | 115 | St Anthony Medical Center | Dividend paid  97.22% on $200.00; Claim# 5; Filed: $200.00; Reference: | 7100-000 | | 18.11 | 1,454.54 |
| 03/08/11 | 116 | Fia Card Services, NA/Bank of America | Dividend paid  97.22% on $16,068.60; Claim# 7; Filed: $16,068.60; Reference: | 7100-000 | | 1,454.54 | 0.00 |

Subtotals :    $75,370.83    $75,370.83

{} Asset reference(s)                                               Printed: 06/24/2011 10:00 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-70127 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | CARLSON, CURT R | | **Bank Name:** | The Bank of New York Mellon |
| | CARLSON, DIANE E | | **Account:** | 9200-******89-66 - Checking Account |
| **Taxpayer ID #:** | **-***1532 | | **Blanket Bond:** | $373,000.00   (per case limit) |
| **Period Ending:** | 06/24/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 75,370.83 | 75,370.83 | $0.00 |
| | | | Less: Bank Transfers | | 75,370.83 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **75,370.83** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$75,370.83** | |

{} Asset reference(s)                                                                                               Printed: 06/24/2011 10:00 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-70127 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | CARLSON, CURT R | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | CARLSON, DIANE E | | **Account:** | ***-*****89-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1532 | | **Blanket Bond:** | $373,000.00 (per case limit) |
| **Period Ending:** | 06/24/11 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                 Printed: 06/24/2011 10:00 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-70127  
**Case Name:** CARLSON, CURT R  
CARLSON, DIANE E  
**Taxpayer ID #:** **-***1532  
**Period Ending:** 06/24/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-65 - Money Market Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/12/10 | | Girardi & Keese | Settlement of Class Action Litigation | | | 90,362.75 | | 90,362.75 |
| | {30} | | Total Gross Settlement<br>in Class Action case | 167,965.77 | 1129-000 | | | 90,362.75 |
| | | | Case Costs | -5,542.87 | 3220-610 | | | 90,362.75 |
| | | | Common Benefit Costs | -3,359.32 | 3220-610 | | | 90,362.75 |
| | | | Fees | -57,108.35 | 3210-600 | | | 90,362.75 |
| | | | Common Benefit Fund | -10,077.95 | 3220-610 | | | 90,362.75 |
| | | | Liens | -564.53 | 3220-610 | | | 90,362.75 |
| | | | Bankruptcy Resolution<br>Fee Advanced by<br>Special Counsel | -950.00 | 3210-600 | | | 90,362.75 |
| 07/18/10 | 11001 | Curt R. Carlson | Payment of Debtor's Exemption | | 8100-002 | | 15,000.00 | 75,362.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | | 1270-000 | 3.17 | | 75,365.92 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | | 1270-000 | 4.48 | | 75,370.40 |
| 09/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0300% | | 1270-000 | 0.43 | | 75,370.83 |
| 09/08/10 | | To Account #9200******8966 | Transfer to Closed Money Market Account | | 9999-000 | | 75,370.83 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 90,370.83 | 90,370.83 | $0.00 |
| Less: Bank Transfers | | 0.00 | 75,370.83 | |
| **Subtotal** | | 90,370.83 | 15,000.00 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| **NET Receipts / Disbursements** | | **$90,370.83** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******89-66** | 0.00 | 75,370.83 | 0.00 |
| **MMA # ***-*****89-65** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******89-65** | 90,370.83 | 0.00 | 0.00 |
| | **$90,370.83** | **$75,370.83** | **$0.00** |

{} Asset reference(s)

Printed: 06/24/2011 10:00 AM    V.12.57